## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

RAYMOND G. JOHNSON,                 )
        Petitioner-Appellant,        )    . Case no. **26-7002**
                                )  (Distr. Case No. CIV-25-4-RAW-DES)
       v.                                        )
                                )
WILLIAM "CHRIS" RANKINS,           )
        Respondent-Appellee.           )

### APPELLANT'S MOTION TO TAKE JUDICIAL NOTICE OF ADJUDICATIVE FACTS IN SUPPORT OF HIS COMBINED OPENING BRIEF AND APPLICATION FOR A CERTIFICATE OF APPEALABILITY

Appellant Raymond Glenn Johnson, *pro se*, respectfully request this Court to take judicial notice of adjudicative fact regarding the nine (9) video screen shots attached as Appellant's Exhibits with the headings "State's Exhibit 1, Case No. F-2020-180, *Johnson v. Oklahoma* pages 1 of 3, 2 of 3, and 3 of 3". Appellant's exhibits are true and correct copies of the parking lot adjacent to the crime scene where a robbery of an EZ Mart in Durant, Oklahoma on December 4, 2016.

The original nine (9) video screen shots were captured by a Bob Stovall, a specialist in digital video technology. Appellate Defense Counsel Chad Johnson of the Oklahoma Indigent Defense System hired Mr. Stovall to review and produce images from the surveillance footage in State's Exhibit 1, Case No. F-2020-180, *Johnson v. Oklahoma*.

This document is submitted in support of Appellant's Combined Opening Brief and Application for a Certificate of Appealability.

This Court has authority to take judicial notice of adjudicative fact when a fact is not subject to reasonable dispute because it can be accurately and readily determined from

1

sources where accuracy cannot reasonably be questioned. Fed. R. Evid. 201. *See* Fed. R.

Evid. 201 (c) (2) ("The court must take judicial notice if a party requests it and the court is

supplied with the necessary information.")

Dated: March 19, 2026

Raymond Glenn Johnson
OSR•A-3-15
POB 514
Granite, Oklahoma 73547

## VERIFICATION

STATE OF OKLAHOMA    )
                     ) ss.
COUNTY OF GREER      )

### VERIFICATION / DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746 the Appellant states under penalty of perjury and under the laws of the United States that the foregoing is true and correct; that Appellant has read the foregoing and affixed his signature hereto at in Oklahoma State Reformatory Law Library on this 19 day of March, 2026. 18 U.S.C. § 1621.

Raymond Glenn Johnson

### CERTIFICATE OF SERVICE

I, Raymond Glenn Johnson, the undersigned hereby certify that on this 19 day of March, 2026, I hand delivered a true and correct copy of the foregoing to the OSR Law Library Supervisor for mail to the parties below under the Mailbox Rule Pursuant to Fed. R. App. P. 4 (c) and United States v. Ceballos-Martinez, 358 F.3d 732 (2004), revised and superseded, 371 F.3d 713 (10th Cir. 2004).

United States Court of Appeals
For the Tenth Circuit
Office of the Clerk
Bryon White United States Courthouse
1823 Stout Street
Denver, CO 80257

Office of Attorney General
State of Oklahoma
313 N.E. 21st. Street
Oklahoma City, OK 73105

Raymond Glenn Johnson

2

State's Exhibit 1, Case No. F-2020-180, *Johnson v. Oklahoma*   *Page 1 of 3*



12/4/2016  10:08:20.9sec



12/4/2016  10:08:23.4sec





12/4/2016  10:08:23.4sec



12/4/2016  10:09:19.8sec

State's Exhibit 1, Case No. F-2020-180, *Johnson v. Oklahoma*  *Page 2 of 3*









12/4/2016  10:09:20.9sec



12/4/2016  10:09:21.9sec

State's Exhibit 1, Case No. F-2020-180, *Johnson v. Oklahoma*  *Page 3 of 3*



12/4/2016  10:09:23.8sec



12/4/2016  10:09:24.8sec





12/4/2016  10:09:23.8sec



12/4/2016  10:09:24.8sec



12/4/2016  10:09:33.0sec